[No. 23853-9-III.   Division Three.   April 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. BRAD ALAN PLUMB, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01977-1, Jerome J. Leveque, J., entered February 18, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 23854-7-III.   Division Three.   April 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD MICHAEL SULLIVAN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03793-1, Robert D. Austin, J., entered February 14, 2005. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Brown and Kato, JJ.

[No. 57196-6-I.   Division One.   April 17, 2006.]

KHAMCHANH SORATSAVONG, *Appellant,* v. STEPHEN HASKELL ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-05259-0, Allen Nielson, J., entered November 30, 2004. *Affirmed* by unpublished per curiam opinion. Now published at 133 Wn. App. 77.

[No. 52137-3-I.   Division One.   April 17, 2006.]

*In the Matter of the Personal Restraint of* JONATHAN A. RUSHING, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Agid, J., concurred in by Schindler, A.C.J., and Baker, J.